IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**DEWAYNE ELLIOTT**                                                                          **PLAINTIFF**

**V.**                         **CASE NO. 3:13CV00121 BSM**

**ANDRE CRUMP and**
**TERRY HODGES**                                                                          **DEFENDANTS**

## JUDGMENT

Consistent with the order that was entered this day, this case is dismissed without prejudice.

IT IS SO ORDERED this 21st day of June 2013.

_____
UNITED STATES DISTRICT JUDGE